UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA

   - against -

JAKETEY RAHAMAN,

             Defendant.
-----------------------------------------------------X

**SENTENCING SCHEDULING ORDER**

10 -CR-238 (RRM)

MAUSKOPF, United States District Judge

     The above-captioned matter is pending sentence before the undersigned. A Pre-Sentence Investigation Report ("PSR") has been received by the Court and provided to the parties by the Probation Department. Attached to this Order, filed under seal, is the Probation Department Sentence Recommendation which is being disclosed solely to the parties in advance of sentencing.

     It is hereby ORDERED that all parties shall appear on September 5, 2012 at 4:00 p.m. prepared for sentencing.

     All objections and sentencing submissions ordered below shall be filed electronically via ECF, with a courtesy copy so marked provided to the Probation Department and to chambers. Such electronic filings may be made under seal, if appropriate, accompanied by a request with supporting reasons as to why sealing is appropriate.

     It is further ORDERED that all objections to the PSR pursuant to Federal Rule of Criminal Procedure 32(f) must be made in writing within 14 days after receiving the PSR. Opposing counsel must respond to such objections in writing within 14 days.

     It is further ORDERED that all submissions relating to sentence (other than objections to the PSR) shall be filed and served as follows:

          Defendant's submission, including any departure/variance motions, at least fourteen days in advance of sentencing;

          Government's response at least seven days in advance of sentencing.

The Government shall respond in writing to all defense submissions, and shall address all issues raised, including those on which agreement has been reached. Counsel shall make timely requests for any modifications of the sentencing date and/or this briefing schedule after conferring with opposing counsel.

                                                       SO ORDERED.

Dated:  Brooklyn, New York
           July 3, 2012

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge